AO 441    Summons in a Civil Action                                                      (Page 2)

**Civil Action No.** 20cv1561-WQH-AHG                    Date Issued:        8/13/20

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)*  GLOBAL TRADE LOGISTICS INC., A NEVADA CORPORATION C/O YOUR NEVADA CORPORATE SOLUTIONS REGISTERED AGENT MYRA RABANAL

was received by me on *(date)* 09/11/20 .

I personally served the summons on the individual at *(place)* 6920 S CIMARRON ROAD, SUITE 100, LAS VEGAS, NV 89113 on *(date)* 09/15/20 ; or

I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

I served the summons on *(name of the individual)* KAYSEE "DOE", CPA OF CORPORATE SOLUTIONS , who is designated by law to accept service of process on behalf of *(name of organization)* GLOBAL TRADE LOGISTICS INC., A NEVADA CORPORATION on *(date)* 09/15/20 ; or

I returned the summons unexecuted because _____; or

Other *(specify)*:

My fees are $ 0.00 for travel and $ 165.75 for services, for a total of $ 165.75 .

I declare under penalty of perjury that this information is true.

Date:  9-18-20

*Server's Signature*

GREGORY BROWN
*Printed name and title*
KNOX ATTORNEY SERVICE
2251 SAN DIEGO AVE. #A-120
SAN DIEGO, CA 92110
*Server's address*

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.