

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Industrias Asociadas Maquiladoras S.A. de C.V., a Mexican Corporation<br><br>**Plaintiff,**<br><br>V.<br><br>Inmobiliaria Iamsa S.A. de C.V., a Mexican Corporation, Global Trade Logistics Inc., a Nevada Corporation and Does 1 through 5, inclusive<br><br>**Defendant.** | **Civil Action No.**  20cv1561-WQH-AHG<br><br><br>**DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered in favor of Plaintiff Industrias Asociadas Maquiladoras S.A de C.V. and against Defendant Global Trade Logistics Inc. in the amount of $544,458.55.  Judgment is entered in favor of Plaintiff Inmobiliaria IAMSA S.A. de C.V. and against Defendant Global Trade Logistics Inc. in the amount of $3,513,555.50. The case is closed.

**Date:**         4/5/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**

By:  s/  A. Garcia

A. Garcia, Deputy